## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,        CIVIL ACTION NO.: 11-12791

        Plaintiff,        HON.: PATRICK J. DUGGAN

vs.

WENDY H. BARNWELL, A.K.A. WENDY BARNWELL,

        Defendant.

_____/

### ORDER FOR ALTERNATE SERVICE

AT A SESSION OF SAID COURT HELD IN
THE U.S. COURTHOUSE, DETROIT, MICHIGAN
ON_September 7, 2011._____

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant Wendy H. Barnwell, a.k.a. Wendy Barnwell cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following methods(s):

a. ☒ First class mail to 1971 Chicago Blvd., Detroit, MI 48206.

b. ☒ Certified Mail, Return Receipt Requested.

c. ☒ Tacking or firmly affixing to the door at 1971 Chicago Blvd., Detroit, MI

48206.

d.  ☐  Other:_____

_____

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the Court.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  September 7, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 7, 2011, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

2011A31883